195 So. 905

**F. A. MARTIN, Transferee, etc., v. E. C. (alias E. A.) RAY et al.**

**6 Div. 569.**

Supreme Court of Alabama.

April 16, 1940.

Edgar Allen, of Birmingham, for appellant.

J. Haran Lowe, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.